UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00555-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS FELIPE REYES-ORTEGA a/k/a Jesus C. Fernandez,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 20, 2010,** and responses to these motions shall be filed by **Monday, January 3, 2011.**  It is

FURTHER ORDERED that a jury trial is set for **Monday, January 10, 2011, at 10:00 a.m. in courtroom A-1002.**

Dated:  November 9, 2010

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge