UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00555-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS FELIPE REYES-ORTEGA a/k/a Jesus C. Fernandez,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on December 1, 2010.  A Change of Plea hearing is set for **Friday, January 28, 2011, 9:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  December 1, 2010

-1-