**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 26, 2011 | Probation: | Veronica Ramirez |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Rosemary McCoy |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00555-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Joseph Mackey

       Plaintiff,

v.

**1.  JESUS FELIPE REYES-ORTEGA, a/k/a**          Scott T. Varholak
**Jesus M. Fernandez**,

       Defendant.

## SENTENCING

**10:07 a.m.**    Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - Friday, January 28, 2011, at 9:00 a.m.**
        **Plea of Guilty - one-count Indictment**

        APPEARANCES OF COUNSEL.

        Interpreter sworn (Spanish).

        Court's opening remarks.

**ORDERED:**    Defendant's Objection to the Presentence Investigation Report and Motion to Strike Paragraphs 49 Through 57 of the Report (ECF Doc. #19), filed March 30, 2011, is **OVERRULED and DENIED.**

10:14 a.m.    Statement and argument on behalf of Defendant (Mr. Varholak).

| | |
|---|---|
| 10:26 a.m. | Statement on behalf of Government (Mr. Mackey). |
| 10:27 a.m. | Statement and argument on behalf of Probation (Ms. Ramirez). |
| 10:30 a.m. | Statement and argument on behalf of Defendant (Mr. Varholak). |
| 10:36 a.m. | Statement on behalf of Government (Mr. Mackey). |
| 10:37 a.m. | Statement by Defendant on his own behalf (Mr. Reyes-Ortega). |
| 10:41 a.m. | Statement on behalf of Defendant (Mr. Varholak). |
| | Court makes findings. |

**ORDERED:** Defendant's Motion for Downward Departure, Request for Variant Sentence, and Statement in Support of Fifteen Month Sentence [ECF Doc. #20], filed March 31, 2011, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **21** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)  Defendant shall not commit another federal, state or local crime.

(X)  Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)  Defendant shall comply with standard conditions adopted by the Court.

(X)  Defendant shall not unlawfully possess a controlled substance.

(X)  The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported.

(X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

| | |
|---|---|
| **ORDERED:** | **Special Condition(s)** of **Supervised Release** are: |
| (X) | If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return. |
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **10:49 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  :42**